HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE BURNS, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>TREEHOUSE, a Washington nonprofit organization,<br><br>　　　　　Defendant. | No. 2:23-cv-00330-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that all claims and defenses asserted by all parties in this lawsuit should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

DATED this 2nd day of August, 2023.        DATED this 27th day of July, 2023.

BRESKIN JOHNSON TOWNSEND, PLLC        FISHER & PHILLIPS LLP

By: *s/Roger M. Townsend*                By: *s/Suzanne Michael*
Roger M. Townsend, WSBA #25525        Suzanne K. Michael, WSBA #14072
Cynthia J. Heidelberg, WSBA #44121     Meghan McNabb, WSBA #55000
rtownsend@bjtlegal.com                 David Menz, WSBA #19993
cheidelberg@bjtlegal.com               smichael@fisherphillips.com
                                       mmcnabb@fisherphillips.com
                                       dmenz@fisherphillips.com

STIPULATION AND ORDER OF DISMISSAL
(2:23-cv-00330-BJR) - 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

Error! Unknown document property name.

| | |
|---|---|
| 1000 Second Avenue, Suite 3670 | 1700 7th Avenue, Suite 2200 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| (206) 652-8660 Telephone | Telephone: (206) 682-2308 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Treehouse* |

## ORDER

This matter having come on by way of the above stipulation of the parties for an order dismissing all claims and defenses in this lawsuit, and the Court having considered the stipulation and the records and files in this matter, it is hereby:

ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice and without costs.

DATED this 17th day of August, 2023.

_____
The Honorable Barbara J. Rothstein

Presented by:
FISHER & PHILLIPS LLP

By: *s/Suzanne Michael*
Suzanne K. Michael, WSBA #14072
David Menz, WSBA #19993
Meghan McNabb, WSBA #55000

Approved as to form;
Notice of presentation waived:

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/Roger M. Townsend*
Roger M. Townsend, WSBA #25525
Cynthia J. Heidelberg, WSBA #44121

STIPULATION AND ORDER OF DISMISSAL
(2:23-cv-00330-BJR) - 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**Error! Unknown document property name.**

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Roger M. Townsend, WSBA # 25525
>Cynthia J. Heidelberg, WSBA # 44121
>BRESKIN JOHNSON TOWNSEND, PLLC
>1000 2nd Avenue, Suite 3670
>Seattle, WA 98104-1053
>Phone: (206) 652-8660
>Fax: (206) 652-8290
>Email: rtownsend@bjtlegal.com
>Email: cheidelberg@bjtlegal.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2023, in accordance with 28 USC 1746.

*s/Tammy Weisser*
_____
Tammy Weisser, Legal Secretary

CERTIFICATE OF SERVICE

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

Error! Unknown document property name.